## CAROL J. DIXON, PLAINTIFF-RESPONDENT, v. FRANCIS J. DIXON, DEFENDANT-APPELLANT.

Decided December 4, 1972.

*Mr. Francis J. Dixon,* a member of the New York bar, filed a brief *pro se.*

*Mr. Robert A. Pennachio* filed a brief for respondent (*Messrs. Draesel, Breitenstein & Pennachio,* attorneys).

PER CURIAM. There being no appeal as of right in this matter and the Court having considered the filed papers as

a petition for certification, the Court will dismiss this matter as presenting no substantial issue.

*For dismissal*—Chief Justice WEINTRAUB, Justices JACOBS, HALL and MOUNTAIN, and Judges CONFORD, SULLIVAN and LEWIS—7.

*Opposed*—None.